**Criminal Case Cover Sheet**      FILED: REDACTED      PIP      **U.S. District Court**

**Place of Offense:**      ☐ **Under Seal**      **Judge Assigned:** PTG

City: [ ]      Superseding Indictment: [ ]      **Criminal No.** 1:25-cr- 311

County: [ ]      Same Defendant: [ ]      New Defendant: [ ]

Magistrate Judge Case No. [ ]      **Arraignment Date:** [ ]

Search Warrant Case No. [ ]      R. 20/R. 40 From: [ ]

**Defendant Information:**

**Defendant Name:** Alan B. Lee      Alias(es): [ ]      ☐ Juvenile  FBI No. [ ]

**Address:** [ ]

Employment: [ ]

**Birth Date:** [ ]  **SSN:** [ ]  **Sex:** [ ]  Race: [ ]  Nationality: [ ]

**Place of Birth:** [ ]  Height: [ ]  Weight: [ ]  Hair: [ ]  Eyes: [ ]  Scars/Tattoos: [ ]

☒ **Interpreter**  **Language/Dialect:** Korean      Auto Description: [ ]

**Location/Status:**

**Arrest Date:** [ ]      ☐ Already in Federal Custody as of: [ ]  in: [ ]

☐ Already in State Custody      ☐ On Pretrial Release      ☐ Not in Custody

☐ Arrest Warrant Requested      ☐ Fugitive      ☒ Summons Requested

☐ Arrest Warrant Pending      ☐ Detention Sought      ☐ Bond [ ]

**Defense Counsel Information:**

**Name:** Drewry B. Hutcheson, Jr      ☒ Court Appointed      Counsel Conflicts: [ ]

Address: [ ]      ☐ Retained      [ ]

Phone: [ ]      ☐ Public Defender      ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Gavin R. Tisdale      Phone: (703) 838-2625      Bar No. [ ]

**Complainant Agency - Address & Phone No. or Person & Title:**

[ ]

| U.S.C. Citations: Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|
| Set 1: 18 U.S.C. §§ 1344, 1349 | conspiracy to commit bank fraud | | |
| Set 2: | | | |
| Date: | AUSA Signature: /s/ Gavin R. Tisdale | | *may be continued on reverse* |